UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLINT GERBER,<br>　　　　Plaintiff,<br>　　v.<br>UCHENNA UKAZIM, et al.,<br>　　　　Defendants. | Case No. 18-cv-04192-RMI<br><br>**ORDER** |

On July 13, 2018, Plaintiff Clint Gerber asserted claims for breach of contract, conversion, breach of fiduciary duty, and unjust enrichment against Defendants Uchenna Ukazim and Sanel Ljesnjanin arising from a joint venture to improve land in Willits, California. (dkt. 1). Plaintiff's counsel consented to the jurisdiction of the undersigned on the same day. (dkt. 5). On August 24, 2018, counsel filed a status report informing the court that service could not be effectuated upon Defendants but that "[e]fforts continue" to do so. (dkt. 8). On October 9, 2018, counsel requested that the deadline to serve the Defendants be extended. (dkt. 9). On October 12, 2018, the court extended the deadline to November 14, 2018. (dkt. 10). The court also re-set the initial case management conference for December 11, 2018. (*id*.). The case management conference was subsequently rescheduled for January 8, 2019. (dkt. 11). At the conference, the court granted counsel's request to file a motion related to service of Defendants. (dkt. 12). However, counsel never filed the motion. The court set a status conference for March 19, 2019. (dkt. 13). Counsel indicated at the conference that Plaintiff would file a motion for alternative service on Defendants within two days. (dkt. 14). No such motion was filed. On July 25, 2019, the court set another conference for August 6, 2019. (dkt. 15). Counsel failed to appear. (dkt. 16).

The court has taken judicial notice of counsel's California State Bar disciplinary proceedings and recommended disbarment. *See* Attorney Licensee Profile for Russell Alan Robinson, California Bar Number 163937 (the "Profile"), *available* at http://members.calbar.ca.gov/fal/Licensee/Detail/163937 (last visited Aug. 8, 2019); *see also* Fed. R. Evid. 201; *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (court may take judicial notice of undisputed matters of public record including documents on file in federal or state courts). The Profile reports that, as of June 7, 2019, counsel is not eligible to practice law in California and has been ordered transferred to involuntary inactive status.

This case cannot proceed without a designated legal representative for Plaintiff. Accordingly, Plaintiff shall, within thirty (30) days of the date of this order either: 1) file a notice of appearance, informing the court that he intends to proceed *pro se*, representing himself in this matter, or 2) obtain other counsel and have them file a notice of appearance in the case. Plaintiff's failure to comply with this court order may result in dismissal of this case without prejudice.

Plaintiff's counsel is instructed to serve this order upon Plaintiff.

**IT IS SO ORDERED.**

Dated: August 8, 2019

ROBERT M. ILLMAN
United States Magistrate Judge