UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLINT GERBER,<br><br>    Plaintiff,<br><br>v.<br><br>UCHENNA UKAZIM, et al.,<br><br>    Defendants. | Case No. 18-cv-04192-RMI<br><br>**ORDER TO SHOW CAUSE** |

For good cause it is ORDERD that Plaintiff shall, ***on or before Mach 10, 2020***, show cause as to why this case should not be dismissed for failure to prosecute, failure to abide by the orders of the court, and failure to timely serve the Complaint on Defendants pursuant to Federal Rules of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: February 25, 2020

ROBERT M. ILLMAN
United States Magistrate Judge