UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CLINT GERBER,

        Plaintiff,

   v.

UCHENNA UKAZIM, et al.,

        Defendants.

Case No. 18-cv-04192-RMI

**ORDER TO SHOW CAUSE**

    Plaintiff shall, ***by July 27, 2020***, show cause as to why this case should not be dismissed for failure to prosecute, failure to abide by the orders of the court, and failure to timely serve the Complaint on Defendants pursuant to Federal Rules of Civil Procedure 4(m).

    Further, a hearing is set for July 28, 2020 at 10:00 a.m. on the matter. Plaintiff shall appear by phone by dialing 888-684-8852 / Access Code 1868782.

    **IT IS SO ORDERED.**

Dated: July 7, 2020

ROBERT M. ILLMAN  
United States Magistrate Judge